# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORONADO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. HEDGPETH, Warden,<br><br>　　　　　Respondent. | Case No. CV 08-1082 JSL (CT)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　IT IS ORDERED that judgment be entered denying the petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: 8/8/08

　　　　　　　　　　　　　　　　　　　/s/ Spencer Letts
　　　　　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE