# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CORONADO,<br>Petitioner,<br>v.<br>A. HEDGPETH, Warden,<br>Respondent. | Case No. CV 08-1082 JSL (CT)<br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED: 8/8/08

Spencer Letts

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE